IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-535-MOC-DCK

| | |
|---|---|
| PATRICK UDOEWA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ETTAIN GROUP, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) filed by Philip J. Gibbons, Jr., concerning Andrew C. Ficzko on November 14, 2018. Mr. Andrew C. Ficzko seeks to appear as counsel *pro hac vice* for Plaintiff(s). Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) is **GRANTED.** Mr. Andrew C. Ficzko is hereby admitted *pro hac vice* to represent Plaintiff(s).

**SO ORDERED**.

Signed: November 14, 2018

_David C. Keesler_
United States Magistrate Judge