Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| PATRICK UDOEWA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ETTAIN GROUP, INC.,<br><br>    Defendant. | Civil Action 3:18-cv-000535 |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's Unopposed Motion and Approval of Settlement, the Motion is GRANTED as follows:

1. Plaintiff's Unopposed Motion for Settlement is approved, including the payments to Settlement Collective Members, the releases of claims, the service payment to Named Plaintiff, and payment of attorneys' fees and costs as set forth therein.

2. The Settlement Collective is certified pursuant to 29 U.S.C. § 216(b) for the sole purpose of settlement.

3. This action is dismissed in its entirety with prejudice in full and final discharge of any and all Participating Collective Members' Released Claims.

4. This Court approves the requested Service Award, Attorneys' Fee Award, and costs to Class Counsel, as well as the designation of the Settlement Administrator and approval of Settlement Administrator fees.

5. This Court approves the proposed form of the Settlement Notice and method of distribution as the best notice practicable under the circumstances.

6. This Court approves the Parties' request that the docket remain open so that a Check Opt-in Form may be filed on the docket by Class Counsel on behalf of each Participating Collective Member, and further approves the Parties' proposed method of filing Check Opt-in Forms with the Court as fair, reasonable and sufficient to constitute a consent to join the Lawsuit, as required by 29 U.S.C. § 216(b), on behalf of each Participating Collective Member.

7. This Court directs that the Gross Settlement Amount be distributed in accordance with the terms of this Settlement Agreement.

8. This Court retains jurisdiction to interpret, implement, and enforce the terms of the Settlement Agreement and all orders and judgments entered in connection therewith.

IT IS SO ORDERED.

_____

U.S. District Court or Magistrate Judge