IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PATRICK UDOEWA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ETTAIN GROUP, INC.,<br><br>    Defendant. | Civil Action 3:18-cv-000535 |

## UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT OF FLSA COLLECTIVE ACTION

Pursuant to 29 U.S.C. § 216(b), and for the reasons stated in the Memorandum of Law filed herewith, Named Plaintiff Patrick Udoewa respectfully submits this unopposed Motion seeking an entry of an Order approving the Parties' proposed settlement in the above-captioned collective action lawsuit and authorizing the prompt dissemination of the Notice of Collective Action Settlement ("Settlement Notice") along with Settlement Award checks to all Settlement Collective Members as well as providing the additional relief outlined in the [Proposed] Order.

Dated: September 17, 2019            Respectfully submitted,

                                                           */s/ Andrew C. Ficzko*

                                                           Andrew C. Ficzko
                                                           **STEPHAN ZOURAS, LLP**
                                                           100 North Riverside Plaza,
                                                           Suite 2150
                                                           Chicago, Illinois 60606
                                                           (312) 233-1550

ATTORNEYS FOR PLAINTIFF AND THE SETTLEMENT COLLECTIVE MEMBERS

## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on September 17, 2019, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Andrew C. Ficzko*